474 A.2d 681

Sarver v. Northside Dep. Bk. v. Sarver, Appellant.

612

 Argued March 1, 1984. Linda C. Liechty, for appellant; Gary Milnes, for appellees.

Before BROSKY, DEL SOLE and MONTGOMERY, JJ.

Judgment affirmed.